UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:07 CR 271-04 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ARDANA JONES, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On April 2, 2012, the above-mentioned case was referred to Magistrate Judge Nancy A. Vecchiarelli to conduct the appropriate proceedings, except for sentencing, and to prepare a report and recommendation regarding the violation report submitted to the court on July 15, 2011.

On April 13, 2012, the Defendant, represented by Assistant Federal Public Defender, Charles Fleming, appeared before Magistrate Judge Vecchiarelli for a violation and detention hearing. The Defendant admitted to violation 1 charged in the superseding violation report, dated April 4, 2012, to wit; 1) New Law Violation/Conviction for receiving stolen property and theft/identity fraud, for which the Defendant was sentenced and served nine months in State custody. Magistrate Judge Vecchiarelli issued a report and recommendation, recommending that this court find that the Defendant has violated the conditions of her Supervised Release.

The court held a sentencing hearing on May 14, 2012, and has reviewed the Magistrate

Judge's Report and Recommendation and finds that it is well-supported. The Defendant has admitted to violation 1, as charged in the Probation Office's July 15, 2011 violation report. As a result, the court finds that the Defendant has violated the terms of her Supervised Release.

The court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record. The court hereby adopts the Magistrate's Report and Recommendation (ECF No. 300). Based on this court's review of all relevant factors, the court hereby orders that the Defendant remain on Supervised Release for six months, with the first four months of supervision to be served at a halfway house with subsistence waived. All other terms and conditions of supervision are ordered with the additional conditions of: 1) Cognative Behavioral Therapy; and 2) Part-time employment. Defendant has been advised of her appellant rights.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

May 15, 2012